UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-09359-CBM-MAA | | Date | January 29, 2026 |
|---|---|---|---|---|
| Title | *Haynes North America, Inc. et al v. eManualOnline.com* | | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: PLAINTIFFS REQUESTS TO EXCEED PAGE LIMITATION**

The matters before the Court are Plaintiffs' "Requests to Exceed Page Limitation" for their Memorandum of Points and Authorities in Support of their Motion for Permanent Injunction (Dkt. No. 47) and Motion for Entry of Default Judgment Against Defendant (Dkt. No. 49) (the "Motions"). (Dkt. Nos. 48, 50 (the "Requests").)

The Requests are hereby **DENIED** and the Motions are **STRICKEN**.   Plaintiffs may refile their Motions in compliance with L.R. 11-6.1.

**IT IS SO ORDERED.**

| | 00 : |
|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk   VRV |